## **STATEMENT OF FACTS**

On December 3, 2004, a cooperating individual who will testify at any trial arising from an indictment of Pedro Julio Binett-Prandy, met with Pedro Julio Binett-Prandy in the alley near the intersection of 14th Street, and U Street, NW, Washington, D.C., where Binett-Prandy provided the cooperating individual with 1/4 kilogram of powder cocaine. The cooperating individual paid Binett-Prandy with $6000 in pre-recorded FBI funds. The transaction occurred inside of an FBI camera car and was recorded by a hidden video camera. The cocaine sold to the cooperating individual by Binett-Prandy was sent to the Mid-Atlantic Regional Laboratory where it was subjected to quantitative and qualitative analysis. A qualified forensic chemist would testify that it was 246.0 grams of 55% pure cocaine hydrochloride (powder cocaine).

_____
SPECIAL AGENT JIMMY F. POPE, JR.
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed before me
on this \_\_\_\_ day of June, 2005.

_____
U.S. MAGISTRATE JUDGE