PRAECIPE

# United States District Court
# for the District of Columbia

the __27th__ day of __June__ ~~19~~ __2005__

UNITED STATES

vs.

PEDRE JULIO BINETT-PRANDY

~~Civil~~ / Criminal
Action No. __05-362m__

The Clerk of said Court will __enter my appearance as counsel for the defendant, PEDRO JULIO BINETT-PRANDY (appointed under the Criminal Justice Act).__

Date __June 27, 2005__

Signature _[signed]_

#065763

BAR IDENTIFICATION NO.

Print Name

Address __John A. Briley, Jr.__
__Attorney At Law__
__8205 30th Street N.W.__
__Washington, D.C. 20015__

City                State           Zip Code

Phone Number __202-364-7012__

CERTIFICATE OF SERVICE