**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No.  05- 362M** |
| | : | |
| **PEDRO JULIO BINETT-PRANDY,** | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF FILING**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notices the Court that on June 29, 2005, in its oral presentation to the Court on the issue of the danger defendant poses to the community for purposes of pretrial detention pursuant to 18 United States Code, §§ 3142(e) and (f)(1)(C), the government mistakenly advised the Court with regard to the amount of drugs recovered in the June 23, 2005 search of defendant's apartment at xxx xxxxxxxx xxxxxx in Hyattsville, Maryland.  In that search law enforcement recovered one solid kilogram of cocaine and several separate quantities of cocaine which separate quantities are estimated to amount to approximately 300 to 400 grams of cocaine.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

BY: _____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

*Certificate of Service*


      **I HEREBY** certify that I have caused a copy of the foregoing government's Notice of Filing to be served by mail, postage prepaid, upon counsel, for defendant Pedro Julio Binett-Prandy, John Briley, Jr., Esquire, 6205 30th Street, N.W., Washington, D.C., 20015, this 29th day of June, 2005.


                                   _____

                                     WILLIAM J. O'MALLEY, JR.

                                     Assistant United States Attorney

                                     D.C. Bar No. 166-991

                                     555 Fourth Street, N.W.

                                     Washington, D.C. 20001

                                     (202) 305-1749