UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
v.                              :        Crim. No. 05-mj-0362
                                :
PEDRO JULIO BINETT-PRANDY       :

### MOTION TO WITHDRAW APPEARANCE

Counsel for the defendant, PEDRO JULIO BINETT-PRANDY, hereby requests permission to withdraw from further representation of the defendant in the above captioned matter, for the following reasons:

On June 23, 2005 counsel was appointed under the Criminal Justice Act to represent the defendant. On July 14, 2005 Heather Shaner, Esq. entered her appearance as retained counsel, to represent the defendant in this matter.

Respectfully submitted,

John A. Briley, Jr.
DC Bar No. 65763
6205 30th Street, NW
Washington, DC 20015
(202) 364-7012