UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Crim. No. 05-mj-0362
:
PEDRO JULIO BINETT-PRANDY :

**O R D E R**

Upon consideration of the written motion of the defendant, which is not opposed by the United States, it is hereby

ORDERED this _____ day of _____, 2005 that the Motion to Withdraw the appearance of John A. Briley, Jr. in the above matter be, and it hereby is, GRANTED.

_____
United States Magistrate Judge