# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-mj-0362 |
| | : | |
| PEDRO JULIO BINETT-PRANDY | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a photocopy of the Motion to Withdraw Appearance has been mailed to William O'Malley, Esq., Assistant United States Attorney, this 5th day of August 2005.

_____
John A. Briley, Jr.