UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
          v.                      :          Criminal No. CR-05-362 M
                                  :
Pedro Prandy-Binett,              :
                                  :
          Defendant.              :
                                  :

## APPEARANCE OF COUNSEL

The Clerk of Court will please note my appearance as counsel of record for the

defendant herein.

                              __|s|_G. Allen Dale_____
                              G. Allen Dale
                              Bar # 954537
                              601 Pennsylvania Ave. NW
                              Suite 900,  South Bldg.
                              Washington, D.C. 20004
                              (202) 638-2900
                              gallendale@aol.com

## Certificate of Service

I hereby certify that a copy of this appearance of counsel has been served upon all
counsel of record in the above-captioned matter on the same date as this appearance was
filed with the Court.

                              __|s|_ G. Allen Dale_____
                              G. Allen Dale